SALGUERO v. THE AMERICAN RAILROAD COMPANY OF PORTO RICO.

APPEAL from the District Court of Aguadilla.

No. 679.—Decided May 22, 1911.

DAMAGES—LACK OF EVIDENCE—NOMINAL DAMAGES.—When in an action to recover damages the plaintiff fails to prove the real existence thereof, the court commits no error in deciding against the plaintiff, although in certain cases it may award him nominal damages.

OCCUPATION OF LAND—ACTION TO RECOVER RENTAL.—In the absence of a contract of lease of a parcel of land occupied in good faith by the defendant in the belief that it belonged to The People of Porto Rico and not to the plaintiff, the latter cannot claim the payment of rentals.

The facts are stated in the opinion.

*Messrs. Reichard* and *Reichard* for appellant.

*Messrs. N. B. K. Pettingill* and *Fernando Vázquez* for respondent.

MR. JUSTICE WOLF delivered the opinion of the court.

Alfredo Salguero obtained in the Municipal Court of Aguadilla a judgment against The American Railroad Company for the sum of $390 and costs. This judgment was appealed from by the railroad company, and on December 22, 1910, after a trial, the district judge pronounced judgment in favor of the defendant.

Alfredo Salguero is the appellant in this court. The American Railroad Company entered the land of the defendant and used it for a turntable, with the necessary tracks reaching the same. The appellant alleges that he frequently notified the company to remove the tracks and turntable, but the company would never comply with the request. The

proof, however, shows that the complainant only within a. year or two before the filing of this suit addressed any regular communication to the company, and then it was. coupled with an offer of sale.

The appellant showed that the company was occupying this land for six and a half years without paying anything for such use and occupation. The defendant, on the other hand, says that it occupied it under a mistaken idea that it was the property of The People of Porto Rico and that they had a right to use the same by some agreement made with The People of Porto Rico; and it was also proved that the company had not used this turntable for a couple of years. At the hearing of this case there was some discussion as to whether the appellee held the land in good faith or not. We are inclined to think that the proof shows that they so held. Whether they did or not, we think the judgment of the District Court of Aguadilla should be affirmed. The appellant showed no contract with the railroad company, and hence was not entitled to recover for rent. He might have recovered for use and occupation if he had shown any actual damages, but no actual damages were shown. Where no actual damage is shown, although the court, in a proper case, might award nominal damages, yet there is no error in finding against the complainant where he fails, as he has in this case. (*Palou & Sobrino* v. *Dueño et al.* [15 P. R., 556], decided June 25, 1909; *Quiñones* v. *American Railroad Co. of Porto Rico* [17 P. R., 252], decided March 10, 1911.)

We find no error in the judgment and the same must be affirmed.

*Affirmed.*

Chief Justice Hernández and Justices MacLeary, del Toro, and Aldrey concurred.